MARCH 23, 1998

No. 96–1925. CATERPILLAR INC. *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL. C. A. 3d Cir. [Certiorari granted, 521 U. S. 1152.] Writ of certiorari dismissed under this Court's Rule 46.1.

No. 96–7726. LEWIS *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lewis* v. *United States, ante,* p. 155.

No. A–691. GRIFFIN-EL *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Application for certificate of probable cause or, in the alternative, a certificate of appealability and stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. D–1880. IN RE DISBARMENT OF JOHNSON. Disbarment entered. [For earlier order herein, see 522 U. S. 1012.]